

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

GROVER SELLERS
~~WILL WILSON~~
ATTORNEY GENERAL

Honorable Bayne Satterfield, Commissioner
Office of Firemen's Pension Commissioner
P. O. Box 1062
Austin, Texas

Dear Sir:

Opinion No. O-6835

Re: Whether a fireman, who has reached
twenty years of service after
going in the Armed Forces, is
eligible to be granted a Service
Certificate in accordance with Sec.
6, Art. 6243e, Title 109, V.A.R.C.S.?

We have your letter of September 9, 1946, asking for an opinion from this department, based upon the following facts, to-wit:

"A participating fireman served approximately 18 years in his fire department as an active fireman. Soon after completing the 18 years' service he entered the armed service of our Nation. While serving in the armed service he completed his 20 years and he is still in the armed service. He has not been an active member of the fire department since he completed his 18 years of service. The question is whether he is eligible to be granted a Service Certificate in accordance with the provisions of Section 6 of the Act -- Article 6243e. Applicant has not reached the age of 55 years. He entered the armed service during the War and National Emergency."

Section 6, of Article 6243e, V.A.R.C.S., to which you refer, Acts of 1945, 49th Legislature, p. 58, Ch. 40, Sec. 1, reads as follows:

"On and after the 1st day of April, A.D. 1939, any person who has been duly appointed and enrolled, and who has attained the age of fifty-five (55) years and who has served actively for a period of twenty (20) years in some regularly organized fire department in any city or town in this state now within or that may come within the provisions of this Act, in any rank, whether as wholly paid, part paid or volunteer firemen, shall be entitled to be

retired from such service or department and shall
be entitled to be paid from the Firemen's Relief
and Retirement Fund of that city or town, a monthly
pension equal to one-half of his average monthly
salary not to exceed a maximum of One Hundred
Dollars ($100.00) per month; such average monthly
salary to be based on the monthly average of his
salary for the five (5) year period preceding
the date of such retirement; provided further, that
if his average monthly salary is Fifty Dollars
($50.00) or less per month or if a volunteer fire-
man with no salary, he shall be entitled to a
monthly pension or retirement allowance of Twenty-
five Dollars ($25.00). Notwithstanding any other
provision of this Act, it is hereby specially pro-
vided that any eligible and qualified fireman who
shall have completed twenty (20) years of service
before reaching the age of fifty-five (55) years
may apply to the Board of Trustees for, and it
shall be the Board's duty to issue a certificate
showing the completion of such service and showing
and certifying that such fireman, when reaching
the age of fifty-five (55) years, will be entitled
to the retirement and other applicable benefits of
the Act; provided further, that when any fireman
shall have been issued such certificate he shall,
when reaching retirement age, be entitled to all
the applicable benefits of the Act, even though he
shall not have been engaged in active service as a
fireman after the issuance of such certificate.
Provided further, that in order to participate in
the benefits authorized under this Act all persons
shall continue to pay into the Firemen's Relief
and Retirement Fund the amounts provided for all
participants thereunder up to the time of their
retirement."

Incidentally, this particular Section of said Article
6243e was construed in Opinion No. 0-6583 by Judge Speer to you
on or about May 22, 1945, in the following language:

"This Section repeats verbatim Section 6 of Chapter
125, Acts of the Regular Session of the 45th Legislature,
and adds that portion of the above quotation which we
have underscored for convenience sake." (The Under-
scored portion being the last half of the Section
quoted beginning with "Notwithstanding any other pro-
vision," etc., and ending with "up to the time of
their retirement.")

"We think it is plain from the specific language of the newly added matter to Section 6 that the Legislature intended that any eligible and qualified fireman, who shall have completed twenty years of service before reaching the age of fifty-five years, would be entitled to the certificate showing such service, whether such completion is before or after the effective date of Senate Bill 89, provided it is on or after the 1st day of April, A. D. 1939."

Section 21, of Article 6243e, on the computation of length of service, provides that:

"In computing the time or period for retirement for length of service as herein provided, less than one year out of service <u>or any time served in the armed forces of the Nation during war or National emergency shall be construed as continuous service</u>, but if out more than one year and less than five (5) years, credit shall be given for prior service, but deduction made for the length of time out of service. * * * *" (underscoring ours)

As was said in this Department's Opinion No. 0-4625 to you in July, 1942:

"It is our opinion that Section 21 of the Act (being Sec. 16, Art. 6243e, Title 109, as codified under Vernon's Annotated Revised Civil Statutes of the State of Texas, Vol. 17, 1946 Cumulative Annual Pocket Edition) under consideration does not distinguish the status of a fireman who resigned from one who takes a leave of absence. Therefore, where a fireman resigned, or secures a leave of absence for the purpose of entering the armed forces of the Nation during war or National emergency and does so enter the armed forces, the time he serves in the army during such period of war or National emergency is considered continuous service for retirement purposes."

In view of the cited portion of the Firemen's Relief and Retirement Act, and the various opinions of this Department heretofore rendered on this and kindred phases of the questions propounded by you and which we have quoted herein, we are of the opinion that a fireman who has reached twenty (20) years of service, after going into the armed forces, before reaching the age of fifty-five (55) years, is eligible, under the facts you give us, to be granted a Service Certificate as provided under Article 6243e, and the Sections hereinabove set out.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By s/John L. Wroe
John L. Wroe
Assistant

JLW:LJ:wc


APPROVED NOV 1, 1946
s/Grover Sellers
ATTORNEY GENERAL OF TEXAS


Approved Opinion Committee By s/BWB Chairman